# UNITED STATES DISTRICT COURT
for the

Eastern District of California

_____ Division

FILED
OCT 26 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Alijhandra Lewis and Shicoya Manning

)
)
)
)
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
-v-

Stockton Police Dept. Nathan Blakeslee, James Manor, Nicholas Frayer, Timothy McDermott

)
)
)
)
)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No. 2:22 - CV 1 9 2 7 - KJM KJN PS
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [ ] Yes [✓] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Alijhandra Lewis |
| Address | 1022 Laurel Ave |
| | Lodi, CA 95242 |
| County | San Joaquin |
| Telephone Number | 279-234-0518 |
| E-Mail Address | lewisalijhandra@icloud.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Nathan Blakoslee |
| Job or Title (if known) | Police Officer |
| Address | 22 E. Market Street |
| | Stockton, CA 95202 |
| County | San Joaquin |
| Telephone Number | 209-937-8377 |
| E-Mail Address (if known) | |

[✓] Individual capacity   [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | James Manor |
| Job or Title (if known) | Police Officer |
| Address | 22 E. Market Street |
| | Stockton, CA 95202 |
| County | San Joaquin |
| Telephone Number | 209-937-8377 |
| E-Mail Address (if known) | |

[✓] Individual capacity   [ ] Official capacity

Defendant No. 3
- Name: Nicholas Frayer
- Job or Title *(if known)*: Police Officer
- Address: 22 E Market St
  - City: Stockton
  - State: CA
  - Zip Code: 95202
- County: San Joaquin
- Telephone Number: 209-937-8377
- E-Mail Address *(if known)*:

[✓] Individual capacity   [ ] Official capacity

Defendant No. 4
- Name: Timothy McDermott
- Job or Title *(if known)*: Sergeant
- Address: 22 E Market St
  - City: Stockton
  - State: CA
  - Zip Code: 95202
- County: San Joaquin
- Telephone Number: 209-234-0518
- E-Mail Address *(if known)*:

[✓] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth Amendment
The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Officers' Blakeslee, Manor, and Frayer appeared at my house in full uniform driving three separate marked police vehicles. They entered my back sliding door without being invited and warned any person inside that they would send the dogs in if they did not come out. After I called the watch commander that day, Sgt. McDermott returned my call stating his name and position. He also told me that I had 24 hours to vacate my house.

## III. Statement of Claim

~~State~~ as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
    4152 Minden Lane
    Stockton, CA 95206

B.  What date and approximate time did the events giving rise to your claim(s) occur?
    January 8, 2022 at approximately 10:00AM

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

    Officer Blakeslee, Officer Manor, and Officer Frayer appeared at my home while I wasn't there, entered my house through the back sliding door, and used their bullhorn to yell that they would send the dogs in if no one comes out. Shicoya had just woke up and she was home alone, she responded so they would not send the dogs in on her. Using their bullhorn, they instructed her to back out of the house by the sound of their voices. When she did, they told her to lay on her stomach and handcuffed her behind her back and put her in the backseat of their squad car. Then all three officers, along with Lorenzo Hidalgo went back into my house through the back door and did god knows what because they were in there alone. (See attachment)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

We were humiliated in front of our entire neighborhood. Officer Blakeslee was outside discussing my business about the previous address I lived at with the neighbor across the street. The cops, along with Lorenzo Hidalgo broke into my house like common criminals

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

We are seeking $20,000 because the police knew that they had no cause to break into our home and threaten to send the dogs in, handcuff an occupant and place her in their squad car, make uninvited entry, have my doors wide open allowing unknown people in and out, go through all of my personal documents, and require us to vacate our home within 24 hours based upon lies of the new owner that purchased an occupied house at auction. They must pay my claim as punitive damages because they would have made us homeless and lose my property had I been stupid enough to believe them because they are cops. They made us a spectacle of humiliation in front of our neighbors without getting any proof of the matter from the new owner.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/23/2022

Signature of Plaintiff

Printed Name of Plaintiff: Alijhandra Lewis and Shicoya Manning

### B.  For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

**Plaintiff**

| | |
|---|---|
| Name | Shicoya Manning |
| Address | 2404 E Washington Street |
| | Stockton     CA     95205 |
| | City     State     Zip code |
| County | San Joaquin |
| Telephone number | 209-501-1863 |
| Email address | |

## Defendant

| | | | |
|---|---|---|---|
| Name | Stockton Police Dept | | |
| Address | 22 E Market Street | | |
| | Stockton | CA | 95202 |
| | *City* | *State* | *Zip code* |
| County | San Joaquin | | |
| Telephone number | 209-937-8377 | | |
| Email address | | | |

**Attachment to 3C**

When I arrived at home, there was three cop cars was in my driveway blocking my entry, my front door was wide open, and strange men were going in and out of my front door.

Upon my entry, one of the officers asked if I had a rental agreement or a bill showing utilities in my name. I told them yes to both, but that I had to download my PG&E bill off the internet. I showed the cops a copy of my rental agreement and they glanced at it and then told me that I had 24 hours to vacate the premises. The cops knew my full name before I arrived at home to tell them my name, so I know they searched through my personal documents. Mr. Hidalgo, whom I had never met prior to this day, told the cops that he purchased the house at auction on January 6, 2022. He said that he spoke to my neighbors on both sides, and they said I just moved in two days ago. Mr. Hidalgo said they did a time-stamped walk-through video of the house on December 1, 2021, and the house was empty.

I tried in every way possible to tell the cops that Me. Hidalgo was lying but they would not hear it. The cops said I must vacate the premises by 5PM the next day or I would be arrested for trespassing. The cops said I was lucky Mr. Hidalgo was giving me until 5PM the next day because he could force me out right now and not allow me to get any of my property. I told them that it is impossible for me to move out of this house in 24 hours without any money. I think it was officer James Manor that told me I would be surprised what I could do in 24 hours.

After the cops and Mr. Hidalgo left, I called the watch commander at Stockton Police Department. Sgt. McDermott returned my call saying the same thing the police officers said (that I had to vacate the premises in 24 hours). He told me that I could not produce any rental agreements or utility bills in my name. I told him that all of the utilities are in my name and that I would have shown the officers that appeared at my house, but they did not want to see my utility bills.

In the end, Sgt. McDermott said that I must vacate the premises by 5PM the next day and that I got scammed. He said all he could do is have an officer contact me to take a scam report.

Officer Blakeslee called me that same night of January 8, to take the scam report. On that call, I asked him why they did not look at my PG&E bill to see when I established service. He said he would definitely take a look at that, and it would certainly change things if it showed I did not move in two days ago. Officer Blakeslee told me to send a copy of my PG&E to his email address, in which I did.

Ultimately, my PG&E bill proved that I had been renting there since October 27, 2021, so Mr. Hidalgo could not get the cops to accompany him to my house anymore.