UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIJHANDRA LEWIS, et al., | No. 2:22-cv-01927-DC-CSK (PS) |
| Plaintiffs, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| NATHAN BLAKESLEE, et al., | |
| Defendants. | |
| | (Doc. Nos. 21, 29) |

Plaintiffs Alijhandra Lewis and Shicoya Manning are proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2024, the assigned magistrate judge issued findings and recommendations recommending that Defendants' motion for summary judgment (Doc. No. 21) be granted. (Doc. No. 29.) As to Plaintiffs' Fourth Amendment search claim, the magistrate judge explained that Plaintiffs failed to raise any triable issues of fact as to whether they had an expectation of privacy in the subject property that was searched by Defendants and whether Defendants' search of the subject property was reasonable. (*Id.* at 9–12.) Based on the evidence before the court on summary judgment, the magistrate judge found that Plaintiffs did not have a reasonable expectation of privacy in the subject property because they were squatters, and Defendants' search of the subject property was reasonable. (*Id.*) As to the Fourth Amendment

1

1  seizure claim, which is brought only by Plaintiff Manning, the magistrate judge found that
2  "Plaintiff Manning's brief detention was reasonable because it enabled Defendants to safely
3  complete their sweep of the Subject Property in their investigation of a potential crime reported
4  by the property owner's representative." (*Id.* at 12–14.) For these reasons, the magistrate judge
5  recommends judgment be entered in favor of Defendants. (*Id.* at 14.)
6  Those findings and recommendations were served on the parties and contained notice that
7  any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at
8  15.) To date, no objections to the pending findings and recommendations have been filed, and the
9  time in which to do so has now passed.
10 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
11 *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
12 findings and recommendations are supported by the record and by proper analysis.
13 Accordingly,
14 1. The findings and recommendations issued on December 19, 2024 (Doc. No. 29)
15    are ADOPTED in full;
16 2. Defendants' motion for summary judgment (Doc. No. 21) is GRANTED;
17 3. Judgment shall be entered in favor of Defendants; and
18 4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 21, 2025**

_____
Dena Coggins
United States District Judge

2