# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALIJHANDRA LEWIS , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:22–CV–01927–DC–CSK** |
| v. | |
| **NATHAN BLAKESLEE , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 04/21/25 .**

ENTERED:  **April 21, 2025**        /s/  **Keith Holland**
                                              Clerk of Court